# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

           v.             Crim. No. 7:12-CR-84-3FL

**TONY HARRIS**

    On March 06, 2013, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

           I declare under penalty of perjury that the foregoing is true and correct.

           /s/ Michael C. Brittain  
           Michael C. Brittain  
           Supervising U.S. Probation Officer  
           310 New Bern Avenue, Room 610  
           Raleigh, NC 27601-1441  
           Phone: 919-861-8674  
           Executed On: November 30, 2016

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   2nd   day of   December  , 2016.

           Louise W. Flanagan  
           U.S. District Judge